**FILED**

MAR 06 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN,<br><br>    Defendant. | Case No. C 13-3365 PSG (PR)<br><br>ORDER OF DISMISSAL |

On July 18, 2013, Miguel Gonzalez, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 18, 2013, the court dismissed Gonzalez's complaint with leave to amend, and directed him to file an amended complaint within thirty days. On January 21, 2014, the court granted Gonzalez an extension of time within which to file his amended complaint. Gonzalez was cautioned that his failure to file his amended complaint within thirty days would result in the dismissal of this action. To date, Gonzalez has not filed an amended complaint or otherwise communicated with the court. Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 3.6.14

PAUL S. GREWAL
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\PSG\CR.13\Gonzalez365dis.wpd